## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

ANNA WILLIAMS,

        Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendants.

Civil Action No. 1:25-CV-3069

---

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant Experian Information Solutions, Inc. (hereinafter "Experian"), by and through its undersigned counsel, and answers, Plaintiff Anna Williams' ("Plaintiff") Complaint (the "Complaint") as follows. By adopting the headings set forth in the Complaint for organizational purposes only, Experian does not admit any of the allegations set forth herein. Experian denies, generally and specifically, any and all allegations in the Complaint not specifically admitted in the paragraphs below

### INTRODUCTION

1. In response to paragraph 1 of the Complaint, Experian admits that the Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA"), the Colorado Consumer Protection Act ("CCPA") and Colorado common law. Experian further admits that the Complaint seeks damages. Experian denies that it has violated the FCRA, the CCPA and Colorado common law, and denies that it is liable to Plaintiff for any alleged damages.

2. In response to paragraph 2 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

3. In response to paragraph 3 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## JURISDICTION AND VENUE

4. In response to paragraph 4 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*, and 28 U.S.C. §§ 1331 and 1367. Experian states that this is a legal conclusion which is not subject to denial or admission.

5. In response to paragraph 5 of the Complaint, Experian admits that it is qualified to do business and conducts business in the state of Colorado. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph of the Complaint.

6. In response to paragraph 6 of the Complaint, Experian admits that Plaintiff has alleged venue in this district is proper pursuant to 28 U.S.C. § 1391(b)(2). Experian states that this is a legal conclusion which is not subject to denial or admission.

## PARTIES

7. In response to paragraph 7 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a "person" as defined by 15 U.S.C. § 1681a(b). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 1 of the Complaint.

8. In response to paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

2

9. In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10. In response to paragraph 10 of the Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California. Experian further admits that it is qualified to do business and conducts business in the State of Colorado. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 10 of the Complaint.

## FACTS

**A. Equifax's Violations**

11. In response to paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12. In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13. In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14. In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15. In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16. In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17. In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18. In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**B. TransUnion's Violations**

19. In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21. In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22. In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23. In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24. In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25. In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**C. Experian's Violations**

26. In response to paragraph 26 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

27. In response to paragraph 27 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

28. In response to paragraph 28 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

29. In response to paragraph 29 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

30. In response to paragraph 30 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

31. In response to paragraph 31 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

32. In response to paragraph 32 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

33. In response to paragraph 33 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

**D. Harms Caused by Defendants**

34. In response to paragraph 34 of the Complaint, including all subparts, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35. In response to paragraph 35 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

**E. Pattern of Violations**

36. In response to paragraph 36 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

**CAUSES OF ACTION**

**COUNT I**

**FCRA 15 U.S.C. § 1681e(b) - Inaccurate Reporting (All Defendants)**

37. In response to paragraph 37 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 36 above, as though fully set forth herein.

38. In response to paragraph 38 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 38 of the Complaint that relate to the other defendant[s], Experian does

6

not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 38 of the Complaint.

39. In response to paragraph 39 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 39 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 39 of the Complaint.

40. In response to paragraph 40 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 40 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 40 of the Complaint.

## COUNT II

### FCRA 15 U.S.C. § 1681g – Failure to Disclose (All Defendants)

41. In response to paragraph 41 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 40 above, as though fully set forth herein.

42. In response to paragraph 42 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 42 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations

and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 42 of the Complaint.

43. In response to paragraph 43 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 43 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 43 of the Complaint.

44. In response to paragraph 44 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 44 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 44 of the Complaint.

**COUNT III**

**FCRA 15 U.S.C. § 1681I – Failure to Investigate (All Defendants)**

45. In response to paragraph 45 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 44 above, as though fully set forth herein.

46. In response to paragraph 46 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 46 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 46 of the Complaint.

47. In response to paragraph 47 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 47 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 47 of the Complaint.

48. In response to paragraph 48 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 48 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 48 of the Complaint.

## COUNT IV

**CCPA- Colo Rev Stat § 6-1-105 – Deceptive Practices (All Defendants)**

49. In response to paragraph 49 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 48 above, as though fully set forth herein.

50. In response to paragraph 50 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 50 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 50 of the Complaint.

51. In response to paragraph 51 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the

allegations in paragraph 51 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 51 of the Complaint.

52. In response to paragraph 52 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 52 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 52 of the Complaint.

## COUNT V

**Negligent Infliction of Emotional Distress– Colorado Common Law (All Defendants)**

53. In response to paragraph 53 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 52 above, as though fully set forth herein.

54. In response to paragraph 54 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 54 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 54 of the Complaint.

55. In response to paragraph 55 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 55 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations

and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 55 of the Complaint

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1) That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2) For costs of suit and attorneys' fees herein incurred; and

(3) For such other and further relief as the Court may deem just and proper

by the federal Fair Credit Reporting Act.

## RESPONSE TO DEMAND FOR JURY TRIAL

Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE
## (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## SECOND AFFIRMATIVE DEFENSE
## (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate her damages.

**THIRD AFFIRMATIVE DEFENSE**

**(LACHES)**

The Complaint and each claim for relief therein are barred by laches.

**FOURTH AFFIRMATIVE DEFENSE**

**(CONTRIBUTORY/COMPARATIVE FAULT)**

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff herself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

**FIFTH AFFIRMATIVE DEFENSE**

**(ESTOPPEL)**

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

**SIXTH AFFIRMATIVE DEFENSE**

**(UNCLEAN HANDS)**

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

**SEVENTH AFFIRMATIVE DEFENSE**

**(IMMUNITY)**

Count IV and Count V of the Causes of Action against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

## EIGHTH AFFIRMATIVE DEFENSE

## (IMPROPER REQUEST FOR INJUNCTIVE RELIEF)

Plaintiff's request for injunctive relief is improper because only the federal government may seek injunctive relief against Experian under the FCRA. *See* 15 U.S.C. § 1681s.

## NINTH AFFIRMATIVE DEFENSE

## (ARBITRATION)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

Dated: October 27, 2025

*/s/ Lauren E. Lacey*
Lauren E. Lacey, Esq., D.C. Bar No. 90002063
TROUTMAN PEPPER LOCKE LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Lauren.lacey@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing was sent via U.S. Mail to:

Anna Williams
PO Box 26671
Colorado Springs, CO 80936
(719) 362-7006
Letsgoliberty85@gmail.com
*Pro se plaintiff*

*/s/ Lauren E. Lacey*
Lauren E. Lacey, Esq.
TROUTMAN PEPPER LOCKE LLP

*Counsel for Defendant Experian Information Solutions, Inc.*