# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03069-MDB

ANNA WILLIAMS,

                Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES, LLC,

                Defendants.

## DEFENDANT TRANS UNION LLC'S
## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant Trans Union LLC ("Trans Union"), by and through its counsel of record and subject to Trans Union's Partial Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), and hereby files its Answer and Defenses to Plaintiff's Complaint ("Complaint"). The paragraph numbers below correspond to the paragraphs contained in the Complaint to the extent possible:

### INTRODUCTION

1. Trans Union admits only that Plaintiff has asserted claims pursuant to the Fair Credit Reporting Act 15 U.S.C. § 1681, et seq. ("FCRA"). Trans Union denies the remaining allegations contained in paragraph 1 of the Complaint.

2. Trans Union denies the allegations contained in paragraph 2 of the Complaint.

3. Trans Union denies the allegations contained in paragraph 3 of the Complaint.

### JURISDICTION AND VENUE

4. Trans Union admits that jurisdiction is proper in this Court.

5. Trans Union admits that jurisdiction is proper in this Court. To the extent that paragraph 5 is directed at Trans Union, Trans Union denies the allegations. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 5 of the Complaint and, therefore, denies same.

6. Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in the District of Colorado.

**PARTIES**

7. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and, therefore, denies same.

8. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and, therefore, denies same.

9. Trans Union admits that it is a limited liability company organized under the laws of the State of Delaware. Trans Union also admits that it is a "consumer reporting agency" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a(f). Trans Union denies the remaining allegations contained in paragraph 9 of the Complaint.

10. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and, therefore, denies same.

**FACTS**

11. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and, therefore, denies same.

12. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and, therefore, denies same.

13. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and, therefore, denies same.

14. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and, therefore, denies same.

15. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and, therefore, denies same.

16. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and, therefore, denies same.

17. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and, therefore, denies same.

18. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and, therefore, denies same.

19. Trans Union denies the allegations contained in paragraph 19 of the Complaint.

20. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and, therefore, denies same.

21. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies same.

22. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and, therefore, denies same.

23. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and, therefore, denies same.

24. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint and, therefore, denies same.

25. At this time, Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint and, therefore, denies same.

26. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint and, therefore, denies same.

27. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and, therefore, denies same.

28. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint and, therefore, denies same.

29. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint and, therefore, denies same.

30. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and, therefore, denies same.

31. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and, therefore, denies same.

32. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and, therefore, denies same.

33. Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint and, therefore, denies same.

34. Trans Union denies the allegations contained in paragraph 34 of the Complaint.

35. Trans Union denies the allegations contained in paragraph 35 of the Complaint.

8322419.3

36. The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 36 of the Complaint.

## CAUSES OF ACTION

### COUNT I

**FCRA – 15 U.S.C. § 1681e(b) – Inaccurate Reporting (All Defendants)**

37. Trans Union restates and incorporates its responses to paragraphs 1 through 36 above as though fully stated herein.

38. Trans Union denies the allegations contained in paragraph 38 of the Complaint.

39. Trans Union denies the allegations contained in paragraph 39 of the Complaint.

40. Trans Union denies the allegations contained in paragraph 40 of the Complaint.

### COUNT II

**FCRA – 15 U.S.C. § 1681g – Failure to Disclose (All Defendants)**

41. Trans Union restates and incorporates its responses to paragraphs 1 through 40 above as though fully stated herein.

42. Trans Union denies the allegations contained in paragraph 42 of the Complaint.

43. Trans Union denies the allegations contained in paragraph 43 of the Complaint.

44. Trans Union denies the allegations contained in paragraph 44 of the Complaint.

### COUNT III

**FCRA – 15 U.S.C. § 1681i – Failure to Investigate (All Defendants)**

45. Trans Union restates and incorporates its responses to paragraphs 1 through 44 above as though fully stated herein.

46. Trans Union denies the allegations contained in paragraph 46 of the Complaint.

47. Trans Union denies the allegations contained in paragraph 47 of the Complaint.

48. Trans Union denies the allegations contained in paragraph 48 of the Complaint.

8322419.3

## COUNT IV

**CCPA – Colo. Rev. Stat. § 6-1-105 – Deceptive Practices (All Defendants)**

49. Trans Union restates and incorporates its responses to paragraphs 1 through 48 above as though fully stated herein.

50. Trans Union denies the allegations contained in paragraph 50 of the Complaint.

51. Trans Union denies the allegations contained in paragraph 51 of the Complaint.

52. Trans Union denies the allegations contained in paragraph 52 of the Complaint.

## COUNT V

**Negligent Infliction of Emotional Distress – Colorado Consumer Law (All Defendants)**

53. Trans Union restates and incorporates its responses to paragraphs 1 through 53 above as though fully stated herein.

54. Trans Union denies the allegations contained in paragraph 54 of the Complaint.

55. Trans Union denies the allegations contained in paragraph 55 of the Complaint.

## PRAYER FOR RELIEF

Trans Union denies the allegations contained in the Prayer for Relief paragraph of the Complaint, including all subparts.

Trans Union also admits Plaintiff requests a trial by jury.

## DENIAL OF ANY REMAINING ALLEGATIONS

Except as expressly admitted herein, Trans Union denies any remaining allegations contained in the Complaint.

## DEFENSES

56. At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

57. Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

58. Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

59. Trans Union at all times acted in compliance with the FCRA.

60. Trans Union has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

61. Plaintiff's common law and/or state law claims are barred/preempted by the qualified immunity/privilege granted by the FCRA and state law.

62. Plaintiff failed to mitigate her alleged damages.

63. Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Colorado.

64. To the extent Trans Union could be found liable, Plaintiff was comparatively/contributorily negligent.

65. In the event that a settlement is reached between Plaintiff and any other person or entity, Defendant Trans Union is entitled to any settlement credits permitted by law.

66. Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

67. Trans Union reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

8322419.3

68. Plaintiff's claim for injunctive relief is not authorized, provided for, or allowed under the FCRA.

69. Plaintiff's claims under state law are preempted by the FCRA pursuant to 15 U.S.C. § 1681h and/or 15 U.S.C. § 1681t.

70. Trans Union's liability, if any, is barred or limited by the provisions of C.R.S. § 13-21-111.5 (Pro Rata Liability).

71. To the extent Plaintiff seeks recovery for non-economic damages, they are limited pursuant to the operation of CRS § 13-21-102.5.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,

*/s/ Paul W. Sheldon*
Paul W. Sheldon
Colorado Bar No. 22747
psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Tel: (214) 560-5464
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Eric Barton
ebarton@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309-3962
***Counsel for Equifax Information Services LLC***

Lauren E. Lacey
lauren.lacey@troutman.com
Troutman Pepper Locke LLP
401 9th Avenue, Suite 1000
Washington, DC 20004
***Counsel for Experian Information Solutions, Inc.***

I hereby certify that on October 28th, 2025, I sent the above and foregoing document via Electronic Mail to the following:

Anna Williams
letsgoliberty85@gmail.com
P.O. Box 26671
Colorado Springs, CO 80936
(719) 362-7006
***Pro Se Plaintiff***

> */s/ Paul W. Sheldon*
> **PAUL W. SHELDON**